*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHWESTERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**          **Date:**     November 28, 2022

vs.                                    Case No.:22-05035-02-CR-SW-SRB

**JAMIE WATERMAN**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**  Initial Appearance – Indictment
Arraignment
Scheduling Conference

**Time Commenced:**  10:33 a.m.                    **Time Terminated:**  10:36 a.m.

---

### APPEARANCES

**Plaintiff:**     Stephanie Wan, AUSA
**Defendant:**     Shane Cantin, CJA

---

**Proceedings:**  Parties appear as indicated above.  Defendant appears in person.

**Defendant waives formal reading of the indictment and enters a plea of not guilty.  A scheduling order setting forth discovery deadlines will be entered by the Court.**

**Defendant in custody.**

---

**Courtroom Deputy/ERO:**   Karla Berziel